UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GUILLERMO F. GARCIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>WELLS FARGO,<br><br>                    Defendant. | No. CV-12-5019-EFS<br><br>**ORDER GRANTING WELLS FARGO'S MOTION TO DISMISS, DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE** |

After reviewing Defendant Wells Fargo's Motion to Dismiss and/or for Summary Judgment, ECF No. 39, the Court grants the motion and dismisses the lawsuit because 1) Plaintiff Guillermo F. Garcia did not timely opt out of the Pick-a-Payment Multi-District Litigation settlement; 2) Mr. Garcia's state-law claims are preempted by the Home Owners' Loan Act, 12 U.S.C. §§ 1461 *et seq.*, and regulations promulgated thereunder; 3) Mr. Garcia's fraud claims are untimely under Washington's three-year statute of limitations for such claims, RCW 4.16.080(4); and 4) Mr. Garcia's Truth in Lending Act (TILA) claims are untimely under TILA's one-year general statute of limitations, 15 U.S.C. § 1640(e), and three-year rescission statute of limitations, *id.* § 1635(f). This dismissal is with prejudice.

Because this lawsuit is dismissed, the Court will not address Mr. Garcia's request for sanctions and other relief set forth in his improperly-noted Motion to Dismiss with Prejudice Defendant's Motion to Dismiss/Summary Judgment/Sanctionable Conduct - Request for Sanctions and Fines for Slander, ECF No. 69.

Accordingly, **IT IS HEREBY ORDERED**:

1. Wells Fargo's Motion to Dismiss and/or for Summary Judgment, **ECF No. 39**, is **GRANTED**.

2. **Judgment** shall be entered in Wells Fargo's favor with prejudice.

3. All pending hearings, deadlines, and motions are **STRICKEN**.

4. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is hereby directed to enter this Order and furnish copies to Mr. Garcia and counsel.

**DATED** this ___30th___ day of October 2012.


                        s/ Edward F. Shea
                        EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2012\5019.dismiss.close.lc1.frm

ORDER - 2