AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GUILLERMO F. GARCIA,

            Plaintiff,

                     JUDGMENT IN A CIVIL CASE

            v.

WELLS FARGO,

                     CASE NUMBER: CV-12-5019-EFS

            Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Wells Fargo with prejudice pursuant to the Order Granting Wells Fargo's Motion to Dismiss entered on October 30, 2012, ECF No. 74.

10/30/12                    JAMES R. LARSEN
*Date*                        *Clerk*
                            s/ Cora Vargas
                            *(By) Deputy Clerk*
                            Cora Vargas