AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GUILLERMO F. GARCIA, et al,

        Plaintiffs,

        v.

WELLS FARGO,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5019-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Wells Fargo's Motion for Contractual Attorney's Fees, ECF No. 76, is GRANTED IN PART AND DENIED IN PART. Judgment is entered in Wells Fargo's favor in the amount of $42,739.70. This case is closed.

March 21, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer